TERESA M. McGOWAN, CA Bar No. 145823
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-5283
Fax:  (909) 387-4069
*tmcgowan@cc.sbcounty.gov*

Attorneys for Defendant County of San Bernardino

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, an incorporated California County, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant | CASE NO.:<br>EDCV 14-2109 VAP DTBx<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to Honorable Judge Virginia A. Phillips |

## ORDER

　　The Court has reviewed the Stipulation set forth herein and the

1

terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in this Order as if fully set forth in it. Good cause appearing.

IT IS ORDERED:

1. This matter is dismissed with prejudice;
2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to and incorporated in this Order;
3. The Court retains jurisdiction of this matter for the purpose of taking any action required to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and
4. Defendant, County of San Bernardino, shall pay Plaintiff's attorney, Janice M. Bellucci, the sum of two-thousand five-hundred dollars ($2,500.00) for attorney fees as provided for in the Settlement Agreement.
5. Plaintiff's attorney, Janice M. Bellucci shall advise the Court of the disposition of this case no later than April 15, 2015.

Dated: December 22, 2014

*Virginia A. Phillips*
The Honorable Judge Virginia A. Phillips
JUDGE OF THE U.S. DISTRICT COURT